IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 26- |
| v. | : | DATE FILED: |
| VIONEL RONDON CORTORREAL | : | VIOLATION:<br>8 U.S.C. § 1326(a), (b)(1) |
| | : | (reentry after deportation – 1 count) |

INDICTMENT

COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about March 25, 2026, in the Eastern District of Pennsylvania, defendant

**VIONEL RONDON CORTORREAL,**

an alien, and native and citizen of the Dominican Republic, who had previously been deported

and removed from the United States on or about November 5, 2019, was found in the United

States, having knowingly and unlawfully reentered the United States without first applying to the

Attorney General of the United States or his successor, the Secretary for Homeland Security

(Title 6, United States Code, Sections 202(3), (4) and 557), for permission to reapply for

admission, and without receiving in response the express consent of the Attorney General or his

successor to reapply for admission.

In violation of Title 8, United States Code, Section 1326(a), (b)(1).

**A TRUE BILL:**

DAVID METCALF
UNITED STATES ATTORNEY

2

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

Vionel Rondon Cortorreal

## INDICTMENT

Counts
8 U.S.C. § 1326(a), (b)(1)(reentry after deportation – 1 count)

